No. 86–1294.   WEBSTER, DIRECTOR OF CENTRAL INTELLI-
GENCE *v.* DOE.   C. A. D. C. Cir.   Certiorari granted.

No. 86–1461.   EDWARD J. DEBARTOLO CORP. *v.* FLORIDA
GULF COAST BUILDING & CONSTRUCTION TRADES COUNCIL ET
AL.   C. A. 11th Cir.   Certiorari granted.

No. 86–1650.   TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT
FEDERATION OF FLIGHT ATTENDANTS.   C. A. 8th Cir.   Certio-
rari granted.

No. 86–1672.   COMMISSIONER OF INTERNAL REVENUE *v.* BOL-
LINGER ET AL.   C. A. 6th Cir.   Certiorari granted.

No. 86–129.   PULIDO-ZORRILLA *v.* UNITED STATES.   C. A. 3d
Cir.   Certiorari denied.

No. 86–1240.   TAYLOR *v.* BOWEN, SECRETARY OF HEALTH AND
HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.

No. 86–1263.   HENRICH *v.* TEXAS.   Ct. App. Tex., 5th Dist.
Certiorari denied.

No. 86–1287.   AHLBERG ET AL. *v.* UNITED STATES DEPART-
MENT OF HEALTH AND HUMAN SERVICES; and SUMIDA *v.* UNITED
STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES.
C. A. Fed. Cir.   Certiorari denied.   Reported below: 804 F. 2d
1238 (first case).

No. 86–1345.   ARAGON *v.* CALIFORNIA.   Ct. App. Cal., 4th
App. Dist.   Certiorari denied.

No. 86–1399.   YOUNG *v.* UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 86–1451.   OGLALA SIOUX TRIBE OF THE PINE RIDGE
INDIAN RESERVATION *v.* UNITED STATES ET AL.   C. A. Fed.
Cir.   Certiorari denied.

No. 86–1454.   MAYS ET AL. *v.* UNITED STATES.   C. A. 10th
Cir.   Certiorari denied.